Hand-Delivered

FILED
CHARLOTTE, NC

APR 27 2023

US DISTRICT COURT
WESTERN DISTRICT OF NC

In The United States District Court
For The Western District of North Carolina

**TRW Property Group LLC,**
**Regina Watkins**
    Plaintiff

Action No. 3:23-cv-247-RJC

v.

**HAYES HOME SOLUTION, LLC**
**Fenelle Hayes, Lowell Willis**
    Defendant

### THEFT OF FUNDS COMPLAINT, AND MISAPPROPRIATION CLAIM, FOR AN IMMEDIATE ORDER FOR RESOLUTION

**BE IT KNOWN**, this 26 day, in the month: April, 2023, I Regina Watkins, authorized representative, *acting for and on behalf of the TRW Property Group LLC*, am the firsthand witness, and victim of a "misappropriated"-theft of funds, in the subtotal amount: $175,000.00, dating as far back as April 5th, 2022, to August 6th, 2022. *Ref. Ex._____.

Said funds were a subtotal of financial wires made from TRW's bank (*at Navy Federal*), to the entrusted associate "Realtor-Fenelle Hayes" bank (*at Navy Federal*).

The nature of these "instructed transactions" were for the *manicure* construction of the investment property (*located at 216 N Rowan Ave, Spencer, North Carolina 28159*) "Realtor-Fenelle Hayes" sold to the company (TWR...), months prior, on March 7th, 2022.

Since August 28th, 2022, I have made several attempts to contact "Realtor-Fenelle Hayes", to rectify the matter, and or provide compensation back financially for the company's loss.

Fenelle Hayes informed me that the funds entrusted to her, acting in the capacity of "HAYES

HOME SOLUTION, LLC", via bank-to-bank transfers, was provided to an associate contractor by the name "Lowell Willis". WHEREFORE, in acknowledgment of the same, my own personal research of her associate contractor "Lowell Willis", who'd been assigned as the associate construction contractor, turned out, "Lowell Willis" was not a licensed/registered professional. From a "**HARD LOOK**" *ethical* standpoint, "Realtor-Fenelle Hayes" and her associate-"Lowell Willis" must be held accountable and ordered to return the company's subtotaled investment expenses, interest fees, and court costs asap.

I affirm, to this current day, not only am I threatened to assist in repaying back an initial loan amount:$ 215,175, I am currently subjected to making "2" separate mortgage payments, in the individual amounts: $ 2,600.00, for the first property (*located at 216 N Rowan Ave, Spencer, North Carolina 28159*) and $_____, for a second property I currently live in (*located in Fort Mill South Carolina 29708*).

Without exception, this is traumatic for me. Creditors owed, are entitled to payment due. Yet, my hands are currently tied, due to such forceful duress inflicted upon me, based upon "Realtor-Fenelle Haye's" "negligence". ***My intent for this action, is solely to acquire my Immediate loss, without further delay.**

Hence, I'm asking for immediate justice in the matter, in light of the production of evidence, currently available before the court. See Ex._____

# The Record

As of April 24th, 2023, I have filed an affirmative **Affidavit**, concerning the entire sequence of events at the Rowan County Deeds office, for the record, supportive of this claim, for an immediate order, to be returned to me within a timely manner. **See Ex.**_____

Duly noted, I call to mind **Article 12** of the North Carolina Code of Ethics, that governs the conduct for operative realtors, *which states-*

"**Article 12-**REALTORS® shall be honest and truthful in their real estate communications and shall present a true picture in their advertising, marketing, and other representations. REALTORS® shall ensure that their status as real estate professionals is readily apparent in their advertising, marketing, and other representations, and that the recipients of all real estate communications are, or have been, notified that those communications are from a real estate professional." *(Amended 1/08)*

Operating from a professional space, it is evident that "Realtor-Fenelle Hayes" understood the nature of all the dynamics at play, surrounding my loss. This is to say, as a realtor, there a several prerequisites governing factors of one's conduct, to be taken into account, that she acted totally oblivious to. The first is, I entrusted her with a bank to bank transfer, and had no relationships to "Lowell Willis", without our initial trust relationship at hand. Next, all my records show that all The company's (*TRW Property Group LLC*) bank-to-bank transfers occurred between me and "Realtor-Fenelle Hayes", upon which she is ethically liable, as well as co-conspirator/co-defendant "Lowell Willis", acting in tandem with "Realtor-Fenelle Hayes", according to her. However, it is quite clear at Article 2 from an ethical standard governing the conduct of

**\*Realtors,** *states* "Article 12-REALTORS® shall be honest and truthful in their real estate communications and shall present a true picture in their advertising, marketing, and other representations. REALTORS® shall ensure that their status as real estate professionals is readily

<u>apparent in their advertising, marketing, and other representations, and that the recipients of all real estate communications are, or have been, notified that those communications are from a real estate professional.</u>" **Subsequently, HAYES HOME SOLUTION,LLC holds all liability**.

Let the record show, it is evident before the court, the preponderance of cited events within the body of my filed Affidavit (See Ex._____) is open to a contested rebuttal, point for point, and or contrarily operates before this court as a 'Prima Facie', to this extent, requiring an immediate order from this honorable court in good faith.

## OPPORTUNITY TO SETTLE WITHIN A TIMELY MANNER
Pursuant to FRCP Rule 68(c) or FRCP Rule 68(d)

The Plaintiff HEREBY provides the Defendant an opportunity to return the subtotal loss of $175,000.00-One Hundred Seventy Five Thousand Dollars, plus interest, at $200,000.00, within 15 business days, and or in the contrary $3,000,000.00 Three Million Dollars in the form of cash, Credit, property or a combination of each, within 30days after receiving this acknowledgement.

**Nunc Pro Tunc.**

In The United States District Court
For The Western District of North Carolina

**TRW Property Group LLC,**            Action No._____
**Regina Watkins**
    Plaintiff

v.

**HAYES HOME SOLUTION, LLC**
**Fenelle Hayes, Lowell Willis**
    Defendant

## AFFIDAVIT IN SUPPORT OF
## THEFT OF FUNDS COMPLAINT, AND MISAPPROPRIATION CLAIM,
## FOR AN IMMEDIATE ORDER FOR RESOLUTION

I AM, Regina Watkins , a living-woman of competent sound mind, of the age of majority, and honorable integrity, before this Honorable Court. I am not under the influence of any drugs, nor was I coerced into expressing or affirming this claim, concerning the stress and damages I am a firsthand witness to. Further, I depose as follows:

**BE IT KNOWN**, this 26 day, in the month: April , 2023, I Regina Watkins, authorized representative, *acting for and on behalf of the TRW Property Group LLC*, am the firsthand witness, and victim of a "misappropriated"-theft of funds, in the subtotal amount: $175,000.00, dating as far back as April 5th, 2022, to August 6th, 2022. *Ref. Ex._____.

Said funds were a subtotal of financial wires made from TRW's bank (*at Navy Federal*),to the entrusted associate "Realtor-Fenelle Hayes" bank (*at Navy Federal*).

The nature of these "instructed transactions" were for the *manicure* construction of the investment property (*located at 216 N Rowan Ave, Spencer, North Carolina 28159*) "Realtor-Fenelle Hayes" sold to the company (TWR…), months prior, on March 7th, 2022.

Since August 28th, 2022, I have made several attempts to contact "Realtor-Fenelle Hayes", to rectify the matter, and or provide compensation back financially for the company's loss.

Fenelle Hayes informed me that the funds entrusted to her, acting in the capacity of "HAYES HOME SOLUTION, LLC", via bank-to-bank transfers, was provided to an associate contractor by the name "Lowell Willis". WHEREFORE, in acknowledgment of the same, my own personal research of her associate contractor "Lowell Willis", who'd been assigned as the associate construction contractor, turned out, "Lowell Willis" was not a licensed/registered professional. From a **"HARD LOOK"** *ethical* standpoint, "Realtor-Fenelle Hayes" and her associate-"Lowell Willis" must be held accountable and ordered to return the company's subtotaled investment expenses, interest fees, and court costs asap.

I affirm, to this current day, not only am I threatened to assist in repaying back an initial loan amount:$216,000.00, I am currently subjected to making "2" separate mortgage payments, in the individual amounts: $1,826.36, for the first property (*located at 216 N Rowan Ave, Spencer, North Carolina 28159*) and $2,490.38, for a second property I currently live in (*located in Fort Mill South Carolina 29708*).

Without exception, this is traumatic for me. Creditors owed, are entitled to payment due. Yet, my hands are currently tied, due to such forceful duress inflicted upon me, based upon "Realtor-Fenelle Haye's" "negligence". ***My intent for this action, is solely to acquire my Immediate loss, without further delay.**

Hence, I'm asking for immediate justice in the matter, in light of the production of evidence, currently available before the court. See Ex.\_\_\_\_\_

# The Record

As of April 24th, 2023, I have filed an affirmative **Affidavit**, concerning the entire sequence of events at the Rowan County Deeds office, for the record, supportive of this claim, for an immediate order, to be returned to me within a timely manner. **See Ex.**_____

Duly noted, I call to mind **Article 12** of the North Carolina Code of Ethics, that governs the conduct for operative realtors, *which states-*

"**Article 12-**REALTORS® shall be honest and truthful in their real estate communications and shall present a true picture in their advertising, marketing, and other representations. REALTORS® shall ensure that their status as real estate professionals is readily apparent in their advertising, marketing, and other representations, and that the recipients of all real estate communications are, or have been, notified that those communications are from a real estate professional." *(Amended 1/08)*

Operating from a professional space, it is evident that "Realtor-Fenelle Hayes" understood the nature of all the dynamics at play, surrounding my loss. This is to say, as a realtor, there a several prerequisites governing factors of one's conduct, to be taken into account, that she acted totally oblivious to. The first is, I entrusted her with a bank-to-bank transfer, and had no relationships to "Lowell Willis", without our initial trust relationship at hand. Next, all my records show that all The company's (*TRW Property Group LLC*) bank-to-bank transfers occurred between me and "Realtor-Fenelle Hayes", upon which she is ethically liable, as well as co-conspirator/co-defendant "Lowell Willis", acting in tandem with "Realtor-Fenelle Hayes", according to her. However, it is quite clear at Article 2 from an ethical standard governing the conduct of

\***Realtors**, *states* "Article 12-REALTORS® shall be honest and truthful in their real estate communications and shall present a true picture in their advertising, marketing, and other representations. REALTORS® shall ensure that their status as real estate professionals is readily

apparent in their advertising, marketing, and other representations, and that the recipients of all real estate communications are, or have been, notified that those communications are from a real estate professional." **Subsequently, HAYES HOME SOLUTION,LLC holds all liability**.

Let the record show, it is evident before the court, the preponderance of cited events within the body of my filed Affidavit (See Ex._____) is open to a contested rebuttal, point for point, and or contrarily operates before this court as a 'Prima Facie', to this extent, requiring an immediate order from this honorable court in good faith.

## OPPORTUNITY TO SETTLE WITHIN A TIMELY MANNER
Pursuant to FRCP Rule 68(c) or FRCP Rule 68(d)

The Plaintiff HEREBY provides the Defendant an opportunity to return the subtotal loss of $175,000.00-One Hundred Seventy Five Thousand Dollars, plus interest, at $200,000.00, within 15 business days, and or in the contrary $3,000,000.00 Three Million Dollars in the form of cash, Credit, property or a combination of each, within 30days after receiving this acknowledgement. **Nunc Pro Tunc**.

## Conclusion.

This claim/complaint and offer to settle has been presented before this Honorable Court in good-faith, to return an expeditious order to the Plaintiff for evident damages curable. Upon which, Plaintiff asks this honorable court, to bar Defendant from filing a Bankruptcy, in lieu of this court's review of this action, in order to bring forth immediate cure within the matter, for a curatable determination. Affiant further saith naught.

**JURAT**

County of __York__

) ss.

State of South Carolina )

AFFIRMED/SWORN AND SUBCRIBED BEFORE ME __Tina E Bagley__ NOTARY PUBLIC,

APPEARED THE UNDERSGNED PARTY: __Regina Walking__ woman, WHOM IDENTIFIED HERSELF

TO BE THE Natural Person, SO EVIDENCE HEREBY, THIS ____ DAY, APRIL, 2023.

Affiant: __Regina G Walk__  Dated: __4/26/23__
743 Prospect Ln
Ft Mill SC. 29708

Notary: __Tina E Bagley__  My commission expires: __10/11/2031__ (SEAL)

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing "**THEFT OF FUNDS-COMPLAINT ...**", was prepared this 26 day, in the month: April ,2023, to be deposited with the clerk's office below, and serviced to all parties herein as follows:

**\*Attention**: Clerk's Office

United States Courthouse

401 West Trade Street, Room 1200

Charlotte, NC 28202


cc: Fenelle Hayes-Defendant ( Blaine.hayes56@gmail.com )

3540 Toringdon Highway Suite 200

Charlotte, NC 28277


cc: Lowell Willis- Defendant ( Blaine.hayes56@gmail.com )

3540 Toringdon Highway Suite 200

Charlotte, NC 28277


cc: Hayes Homes Solutions, LLC-Defendant ( Blaine.hayes56@gmail.com )

9353 Sacramento Dr                     1168 Winding Meadows Rd

New Port Richey, FL 34655              Rockledge, FL 32955

Principal- Blaine Hayes

(321)615.1719

THEFT OF FUNDS COMPLAINT, AND MISAPPROPRIATION CLAIM... Page **11 of 11**
Case 3:23-cv-00247-MEO-DCK    Document 1    Filed 04/27/23    Page 10 of 10